## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LUDWIG DISTRIBUTING**
**COMPANY, INC. and MCBRIDE**
**DISTRIBUTING COMPANY, INC.**                                     **PLAINTIFF**

**v.**                              **CASE NO. 5:10-CV-33 BSM**

**PABST BREWING COMPANY,**
**HEINEKEN USA INC.,**
**CROWN IMPORTS, LLC**
**THE BOSTON BEER COMPANY, and**
**C.R. FORTUNE BEER COMPANY**                                     **DEFENDANT**

## ORDER

Defendants Heineken USA Inc., Boston Beer Company, and Pabst Brewing Company move for reconsideration of the February 12, 2010 order remanding this case to the circuit court of Arkansas City, Arkansas (Doc. Nos. 11, 12). The remand of this case is hereby stayed. Defendants shall have ten days from the date of this order in which to brief the issues raised in their motion for remand. Upon the filing of defendants' brief, plaintiffs shall have five days in which to respond. The briefs shall not exceed eight (8) pages.

IT IS SO ORDERED this 16th day of February, 2010.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE